| | | |
|---|---|---|
| JACQUES BOUTTE | * | CIVIL ACTION NO. 2:15 cv 7005 |
| *Complainant* | * | |
| | * | |
| VERSUS | * | |
| | * | MAGISTRATE: SALLY SHUSAN |
| LAFITTE GUEST HOUSE PROPERTY, | * | |
| L.L.C., FRENCHMEN HOTEL | * | JUDGE: LANCE AFRICK |
| PROPERITES, L.L.C. & HUGH STIEL | * | |
| *Defendants* | * | |

**************************************

## ORDER

Considering the foregoing Unopposed Motion to Continue Hearing filed by Plaintiff, Jacques Boutte, wherefore

IT IS ORDERED that the aforesaid Motion is GRANTED and that the Motion to Dismiss Plaintiff's State Law Claim filed by Defendants, Lafitte Guest House Property, LLC, Frenchmen Hotel Properties, LLC and Hugh Stiel, which is currently set for hearing on March 23, 2016, is hereby continued and reset for April 20, 2016.

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2016, a copy of the foregoing notice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel for all parties by operation of the Court's electronic filing system. Notice has also been provided to the Louisiana Attorney General by electronic mail at CarbonetteM@ag.louisiana.gov.

s/ Charles K. Chauvin
CHARLES K. CHAUVIN