UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACQUES BOUTTE | * | CIVIL ACTION NO. 2:15 cv 7005 |
| *Complainant* | * | |
| | * | |
| VERSUS | * | |
| | * | MAGISTRATE: SALLY SHUSAN |
| LAFITTE GUEST HOUSE PROPERTY, | * | |
| L.L.C., FRENCHMEN HOTEL | * | JUDGE: LANCE AFRICK |
| PROPERITES, L.L.C. & HUGH STIEL | * | |
| *Defendants* | * | |

**************************************

# PLAINTIFF'S STATUS REPORT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Jacques Boutte, who submits this status report in accordance with the Court's April 28, 2016 Order (R. Doc. 22):

1) **A listing of all parties and counsel who represent the parties**

   PLAINTIFF- Jacques Boutte, represented by Charles K. Chauvin of Chauvin Law Firm, LLC;

   DEFENDANTS- Lafitte Guest House Property, LLC, Frenchmen Hotel Properties, LLC and Hugh Stiel, represented by Leslie A. Larusse and Kate C. Brownlee of Adams and Resse, LLP.

2) **A listing of any motions pending for decision in the case**

   Plaintiff will be filing a Rule 59 Motion to Amend or Alter Judgment seeking reconsideration of the Court's recent ruling granting Defendants' Motion to Dismiss Plaintiff's state law claim of age discrimination (R. Doc. 23)

3) **The dates and times of any status conference, pretrial conference and trials set in the case, along with an indication whether the case is jury or non-jury and the number of expected trial days**

   - Status Conference: May 12, 2016 at 1:30 p.m.

   - Pretrial Conference: October 14, 2016 at 9:00 a.m.

- Trial November 7, 2016 at 8:30 a.m.  Plaintiff anticipates this jury trial will last two to three days.

**4) A brief description of the factual and legal issues underlying the dispute**

Plaintiff was unlawfully terminated because of his age.  Plaintiff had a proven career in hotel management when he was recruited by Defendants to be General Manager of their hotels in March of 2013.  In the course of his employment, Plaintiff was successful in turning around the performance of the hotel properties with upwards of a 20 % increase in room occupancy rates prior to his termination.  Defendant, Hugh Stiel, upon learning Plaintiff was age 52, months after he began his employment, stated "**if I would have known you were that old, I would have never hired you**."  Indeed, because of Plaintiff's age, Hugh Stiel reneged on his initial employment offer to provide Plaintiff fully funded health and dental coverage.  At no time during his employment, did Plaintiff receive any reprimand.  Ultimately, Plaintiff was terminated, without warning, on October 24, 2013, days after he turned 53, and was replaced by a younger employee, Christina Claunch, in her mid-thirties.  As a result of the termination, Plaintiff was unemployed for extensive periods of time and suffered significant financial hardships due to the loss of income, which included damage to his credit rating and the threatened foreclosure and repossession proceedings on his home and vehicle.  Plaintiff seeks recovery of all available remedies under federal and state law.

**5) A listing of any discovery which remains to be completed**

Aside from initial disclosures, no discovery has been completed.  Plaintiff intends to propound written discovery requests for production of documents, requests for admissions, and interrogatories.  Plaintiff also intends to take the deposition of Hugh Stiel and any corporate representative witnesses designated by the Defendants in this matter.

**6)  A description of the status of any settlement negotiations**

Defendants have refused to engage in any settlement negotiations dating back to when this matter was under review by the EEOC and Defendants declined to mediate.  Following the EEOC investigation, Plaintiff submitted a good faith demand pursuant to La.R.S. 23:301, *et seq*, which Defendants rejected and thereafter refused Plaintiff's invitation to present a counter offer.

> Respectfully Submitted,
>
> CHAUVIN LAW FIRM, LLC
>
> s/ Charles K. Chauvin
> CHARLES K. CHAUVIN (#27403)
> 1904 Ormond Blvd., Ste. 203
> Destrehan, LA 70047
> Tel: (985) 307-0281
> Fax: (888) 410-8523
> Email: charlie@chauvinlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2016, a copy of the foregoing notice was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel for all parties by operation of the Court's electronic filing system.

> s/ Charles K. Chauvin
> CHARLES K. CHAUVIN